UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KAREN KESTER

    Plaintiff,

v.                                     Case No.   3:18-cv-1469-J-32MCR

BELLSOUTH
TELECOMMUNICATIONS, INC.,

    Defendant.

## O R D E R

Upon review of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 50), filed on February 14, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of February, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record